Mr. Justice NELSON
 

 delivered the opinion of the court.
 

 This is a writ of error to the' Circuit Court of the TJnited States for the district of Indiana.
 

 The suit was brought by Wallace against the board, upon several coupons, for instalments of interest which had been attached to certain bonds issued by the defendants to the Ohio and Mississippi R. R. Co. The coupons were owned by the plaintiff, and had been duly presented for payment, which was refused. The defendants plead the general issue, and six special pleas, to which there were replications, except the second and sixth pleas, to which there were demurrers.
 

 The court sustained the demurrers. There were afterwards amendments and demurrers to pleadings not very intelligible in the record, and seem not to have been relied on by either party. The case was tried upon the general issue, and the facts disclosed upon the trial were substantially the same,
 
 mutatis mutandis^
 
 as those which were proved or admitted in the previous case of Aspinwall and others against these same defendants. After the evidence was close.d, the defendants presented ten prayers to the court, upon each of which instructions were given. It is unnecessary to go through them; the questions involved have already been exámined in the' case above mentioned, and th,e result there arrived at affirms the judgment in this case.
 

 Judgment affirmed.
 

 Mr. Justice DANIEL dissented.